David J Kaminski (SBN 128509)
kaminskid@cmtlaw.com
Alex A. Wade (SBN: 304022)
wadea@cmtlaw.com
**CARLSON & MESSER LLP**
5959 West Century Blvd., Suite 1214
Los Angeles, California 90045
Tel: (310) 242-2200
Fax: (310) 242-2222
*Attorneys for Defendant,*
CLIENT SERVICES, INC.

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LUIS CARDENAS,<br><br>            Plaintiff,<br><br>      vs.<br><br>CAPITAL ONE FINANCIAL, CORP.;<br>CLIENT SERVICES, INC.,<br><br>            Defendants. | Case No. 2:17-cv-02938-PA-AS<br><br>**NOTICE OF SETTLEMENT** |

**TO THE COURT, THE PARTIES, AND THEIR ATTORNEYS OF RECORD HEREIN:**

   PLEASE TAKE NOTICE that a settlement has been reached between Plaintiff, LUIS CARDENAS, and Defendants, CAPITAL ONE FINANCIAL, CORP. and CLIENT SERVICES, INC.  The parties anticipate that they will complete the settlement, and file a stipulation of dismissal, within 45 days from the date of this notice.  In light of the settlement, the parties respectfully request that the Court take off calendar all future hearing dates in this case.

Dated: May 12, 2017          **CARLSON & MESSER LLP**

                             By: /s/Alex A. Wade
                                 David J. Kaminski
                                 Alex A. Wade
                                 Attorneys for Defendant,
                                 CLIENT SERVICES, INC.