# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LUIS CARDENAS,<br><br>            Plaintiff,<br><br>    v.<br><br>CAPITAL ONE FINANCIAL CORP.,<br><br>CLIENT SERVICES, INC.<br><br>            Defendants, | Case No.: 2:17-cv-02938-PA-AS<br><br>**ORDER TO DISMISS WITH PREJUDICE** |

The court has considered the Notice of Voluntary Dismissal with Prejudice of Defendants Capital One Financial Corp., and Client Services, Inc.

The court finds that the Voluntary Dismissal should be GRANTED. Capital One Financial Corp., and Client Services, Inc., are hereby DISMISSED, with prejudice, from this action. Each party to bear their own costs and attorneys' fees.

DATED this <u>26th</u>day of July 2017.

_____
HONORABLE PERCY ANDERSON
UNITED STATES DISTRICT JUDGE